**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:14-CV-0578-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 14, 2015 |
| | ) | |
| JAMES GREG COX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:         LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Office of the Attorney General did not accept service of process on behalf of certain defendants who are either no longer employed by of the Nevada Department of Corrections or who have not submitted a request for representation (#12). However, the Attorney General has filed the last known addresses of six defendants *under seal* (#13). Plaintiff's motion to effect service on these defendants (#17) is **GRANTED**.

The Clerk shall **ISSUE** summonses for **Amanda Hoerster, Steven Kimbrell, Thomas Lamb, Taylor Paryga, Tom Tolbert**, and **Brent Labeau** and send the same to the U.S. Marshal with the addresses provided under seal (#13). The Clerk shall **SEND** to plaintiff six USM-285 forms. The Clerk shall **SEND** six copies of the complaint (#5), and six copies of this order to the U.S. Marshal for service on the defendants. Plaintiff shall have until **Friday, May 29, 2015** to complete the USM-285 service form and return to the U.S. Marshal at 400 S. Virginia Street, 2nd Floor, Reno, NV 89501 for service.

If plaintiff fails to follow this order, the above-named defendants will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

The Office of the Attorney General is ordered to **REVIEW** plaintiff's further descriptions of defendants **Correctional Officers Davis, Perkins, Brown, Thompson,** and **Rowland** on page two of docket #17 and advise the court on or before **Friday, May 29, 2015**

whether it can identify or accept service on behalf of these defendants or provide their last known addresses under seal.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk