## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:14-CV-0578-MMD (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | August 10, 2015 |
| JAMES GREG COX, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for order compelling defendants to allow plaintiff to review toxicology results and his medical and mental health records (#44) is **GRANTED in part**. Defendants shall make arrangements for plaintiff to review his toxicology results and his medical and mental health records within twenty days from the date of this order. Plaintiff shall have a total of three hours to review the records and make notes. Plaintiff may identify which records he would like to copy, at his expense, and those records shall be kept in the medical unit at the prison until plaintiff needs to use them as exhibits to a court filing. Plaintiff shall not be allowed to keep his medical records in his cell.

Plaintiff's motion for examination of plaintiff and prior biological specimens (#52) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk