UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:14-CV-0578-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 6, 2016 |
| | ) | |
| JAMES GREG COX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>     LISA MANN     </u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                    </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                    </u>

**MINUTE ORDER IN CHAMBERS:**

    Plaintiff's motions to compel production of plaintiff's legal files (#s 130 & 144) are **DENIED as moot.** Plaintiff's legal files were mailed to his new address on December 2, 2015 (#146).

    **IT IS SO ORDERED.**

                                                              LANCE S. WILSON, CLERK

                              By: <u>           /s/                    </u>
                                                    Deputy Clerk