UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:14-CV-0578-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 17, 2016 |
| | ) | |
| JAMES GREG COX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On November 18, 2015, the court granted Deputy Attorney General Federick Perdomo's motion to withdraw as counsel for defendant Carisa Tucker (#136).  Thereafter, on January 29, 2016, the court unsealed the last known address of defendant Carisa Tucker (#140).  The Clerk was ordered to send a copy of the last known address to plaintiff, and plaintiff was ordered to serve a copy of all further documents filed in this case upon Ms. Tucker at her last known address (#168).

Plaintiff's motion for default sanctions on defendant Tucker (#169) is **DENIED without prejudice** for failure to serve a copy upon defendant Tucker.   Plaintiff has leave to refile this document with proof of service upon defendant Tucker at her last known address.

   **IT IS SO ORDERED.**

                    LANCE S. WILSON, CLERK

          By:            /s/
                    Deputy Clerk