UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:14-CV-0578-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 6, 2016 |
| | ) | |
| JAMES GREG COX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for reconsideration of order #175 (#181) is **GRANTED**. The Clerk shall **SEND** one copy of plaintiff's motion for default sanctions (#169) and one copy of plaintiff's second motion for default sanctions (#193) to defendant Tucker. Defendant Tucker shall have to and including **Friday, April 29, 2016** to file a response to both of these motions.

Defendant Tucker is advised that pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
Deputy Clerk