UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:14-CV-0578-MMD (VPC) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | June 5, 2017 |
| JAMES GREG COX, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>    LISA MANN    </u>     REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion to compel supplemental interrogatory responses (ECF No. 328). Defendants opposed the motion (ECF No. 331), and plaintiff replied (ECF No. 334). Defendants' objections to the interrogatories are sustained. Furthermore, the court finds that plaintiff has not provided a basis for this court to compel further responses interrogatories. Moreover, plaintiff has not shown that his requests for supplementation are relevant or proportional to the needs of this case. Therefore, plaintiff's motion (ECF No. 328) is **DENIED in its entirety.**

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk