# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| KEVIN FERNANDEZ, | ) | 3:14-CV-0578-MMD (VPC) |
| --- | --- | --- |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 29, 2017 |
| JAMES GREG COX, et al., | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: _____LISA MANN_____ REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants filed a motion for leave to file exhibits under seal in support of defendants' motion for summary judgment (ECF No. 343). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

**IT IS ORDERED** that defendants' motion for leave to file exhibits under seal in support of defendants' motion for summary judgment (ECF No. 343) is **GRANTED**. The documents (ECF No. 344) are filed and shall remain under seal.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:_____/s/_____
Deputy Clerk