1 ADAM PAUL LAXALT
   Attorney General
2 ERIN L. ALBRIGHT, Bar No. 9953
   Deputy Attorney General
3 State of Nevada
  Bureau of Litigation
4 Public Safety Division
  100 N. Carson St.
5 Carson City, NV 89701-4717
  Tel: 775-684-1257
6 E-Mail: ealbright@ag.nv.gov

7 *Attorneys for Defendants Renee Baker,*
*Arthur Boynton, Corey Cooke, James Cox,*
8 *Michael Crossman, Marina Crounk, Seth Davis,*
*Scott Evers, Charles Fillman, Michael Fletcher,*
9 *Tyler Hathaway, Leslie Healer, Danny Holland,*
*Bert Jackson, Michael Koehn, Steven Kimbrell,*
10 *Brent LaBeau, Thomas Lamb, E.K. McDaniels,*
*Javier Ornelas, Jeanette Ornelas, Taylor Paryga,*
11 *Glenn Perkins, Christopher Roberts, Christian Rowley,*
*Duane Thompson, Tom Tolbert, and Sommer Westbay*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN FERNANDEZ, | Case No.: 3:14-cv-00578-MMD-VPC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (FINAL REQUEST)** |
| v. | |
| JAMES GREG COX, et al., | |
| Defendants. | |

Defendants, Renee Baker, Arthur Boynton, Corey Cooke, James Cox, Michael Crossman, Marina Crounk, Seth Davis, Scott Evers, Charles Fillman, Michael Fletcher, Tyler Hathaway, Leslie Healer, Danny Holland, Bert Jackson, Michael Koehn, Steven Kimbrell, Brent LaBeau, Thomas Lamb, E.K. McDaniel, Javier Ornelas, Jeanette Ornelas, Taylor Paryga, Glenn Perkins, Christopher Roberts, Christian Rowley, Duane Thompson, Tom Tolbert, and Sommer Westbay, ("NDOC Defendants"), by and through its counsel of record, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, and Plaintiff, Kevin Fernandez, by and through his counsel of record, Joseph Reiff, Esq., hereby stipulate to extend the time to file the Stipulation and Order of Dismissal with Prejudice by four (4) weeks.

1

On September 18, 2018, defense counsel provided plaintiff's counsel with the revised settlement agreement that reflected the majority of the changes requested by Plaintiff. On the same date, plaintiff's counsel provided the settlement agreement to the New Hampshire prison for delivery to Plaintiff.

On October 29, 2018, defense counsel received Plaintiff's requested changes to the revised settlement. Since the settlement documents must be filed today and the parties will not have time to discuss and finalize the requested changes, the parties respectfully request this Court grant one final extension of four (4) weeks to file the Stipulation and Order of Dismissal.

Based on the foregoing, the parties respectfully request this Court extend the time to file the Stipulation and Order of Dismissal with Prejudice by four (4) weeks.

| DATED this 29th day of October, 2018. | DATED this 29th day of October, 2018. |
|---|---|
| PLAINTIFF, KEVIN FERNANDEZ | OFFICE OF THE ATTORNEY GENERAL |
| By: /s/ Joseph Reiff<br>Joseph Reiff, Esq.<br>Representing, Plaintiff, Kevin Fernandez | By: /s/ Erin L. Albright<br>Erin L. Albright, SBN 9953<br>100 N. Carson Street<br>Carson City, NV 89701<br>(775) 684-1257<br>ealbright@ag.nv.gov<br>Attorneys for Defendants |

**IT IS SO ORDERED**

_____
**U.S. DISTRICT JUDGE**

**DATED** October 29, 2018

2

**CERTIFICATE OF SERVICE**

I certify I am an employee of the Office of the Attorney General, State of Nevada, and that on this 29th day of October, 2018, I caused to be deposited for mailing a copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (FINAL REQUEST)**, addressed as follows:

Kevin Fernandez #110185
New Hampshire State Prison
P.O. Box 14
Concord, NH 03302

Joseph P. Reiff
Attorney at Law
3001 E. Charleston, Suite A
Las Vegas, NV 89104
jrlvlaw@yahoo.com

*/s/ Laurie Penny*
An employee of the
Office of the Attorney General