ADAM PAUL LAXALT
   Attorney General
ERIN L. ALBRIGHT, Bar No. 9953
   Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson St.
Carson City, NV  89701-4717
Tel: 775-684-1257
E-Mail: ealbright@ag.nv.gov

*Attorneys for Defendants Renee Baker,
Arthur Boynton, Corey Cooke, James Cox,
Michael Crossman, Marina Crounk, Seth Davis,
Scott Evers, Charles Fillman, Michael Fletcher,
Tyler Hathaway, Leslie Healer, Danny Holland,
Bert Jackson, Michael Koehn, Steven Kimbrell,
Brent LaBeau, Thomas Lamb, E.K. McDaniels,
Javier Ornelas, Jeanette Ornelas, Taylor Paryga,
Glenn Perkins, Christopher Roberts, Christian Rowley,
Duane Thompson, Tom Tolbert, and Sommer Westbay*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN FERNANDEZ,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES GREG COX, et al.,<br><br>        Defendants. | Case No.: 3:14-cv-00578-MMD-VPC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

      Plaintiff, Kevin Fernandez, by and through counsel of record, Joseph P. Reiff, Esq., and Defendants by and through its counsel of record, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

      This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties.  Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

*///*

1

| | |
|---|---|
| DATED this 3rd day of December, 2018.<br><br>By: /s/ Joseph P. Reiff<br>Joseph P. Reiff, Esq.<br>Attorney for Plaintiff | DATED this 3rd day of December, 2018.<br><br>OFFICE OF THE ATTORNEY GENERAL<br><br>By: *[signature]*<br>Erin L. Albright, SBN 9953<br>100 N. Carson Street<br>Carson City, NV 89701<br>(775) 684-1257<br>ealbright@ag.nv.gov<br>Attorneys for Defendants |

**IT IS SO ORDERED**

*[signature]*

**U.S. DISTRICT JUDGE**

DATED December 6, 2018

**CERTIFICATE OF SERVICE**

I certify I am an employee of the Office of the Attorney General, State of Nevada, and that on this 3rd day of December, 2018, I caused to be deposited for mailing a copy of the foregoing **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, addressed as follows:

Kevin Fernandez #110185
New Hampshire State Prison
P.O. Box 14
Concord, NH 03302

Joseph P. Reiff
Attorney at Law
3001 E. Charleston, Suite A
Las Vegas, NV 89104
jrlvlaw@yahoo.com

_____
An employee of the
Office of the Attorney General